# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
A 2020 Tesla Model 3, with Vehicle Identification ) Case No.  22-MJ-4114-DHH
Number 5YJ3E1EB4LF639020 )
)

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __Connecticut__ is subject to forfeiture to the United States of America under _____ U.S.C. § __see below__ *(describe the property)*:

A 2020 Tesla Model 3, with Vehicle Identification Number 5YJ3E1EB4LF639020, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c).

The application is based on these facts:
See Affidavit of Special Agent Brendan M. Donlan, Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Applicant's signature*

Brendan M. Donlan, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in Accordance with the Requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 03/29/2022

*Judge's signature*

City and state: Worcester, Massachusetts      Honorable David H. Hennessy, Magistrate Judge
*Printed name and title*